**SEALED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-MJ-00048-SMM

FILED BY __MB__ D.C.
Apr 25, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTP

IN RE:

SEALED COMPLAINT

_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?   **No**

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?   **No**

3. Did this matter involve the participation of or consultation now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?   **No**

4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded October 7, 2024?   **No**

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

By: /s/ Breezye Telfair
BREEZYE TELFAIR
Assistant United States Attorney
Florida Bar No. 18055
101 South US Highway 1, Suite 3100
Fort Pierce, FL 34950
Telephone: (772) 293-0952
E-mail: Breezye.Telfair@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint                                                                                              AUSA Breezye Telfair

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

FILED BY __MB__ D.C.
Apr 25, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTP

United States of America )
v. )
) Case No. 25-MJ-00048-SMM
Carlos Alberto Regueria, )
)
)
)
*Defendant(s)*

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __May 8, 2024 through Present__ in the county of __Highlands__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S. Code § 1349 | Conspiracy to Commit Wire Fraud |
| 18 U.S.C. § 545 | Smuggling |

This criminal complaint is based on these facts:

-SEE ATTACHED AFFIDAVIT-

☑ Continued on the attached sheet.

*Complainant's signature*

Igor Demidoff, Special Agent, HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by videoconference.

Date: April 25, 2025

*Judge's signature*

City and state: Fort Pierce, Florida          Shaniek Mills Maynard, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## CRIMINAL COMPLAINT

I, Igor Demidoff, being first duly sworn, do hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with Homeland Security Investigations (HSI) and have been employed with HSI since May 2023. During my time with HSI, I have investigated federal criminal violations, including the illegal importation of contraband. My current duties at HSI include the investigation of criminal organizations that import, export, smuggle, transport and/or distribute contraband and I have participated in numerous investigations.

2. Prior to my employment with HSI, I was employed with U.S. Customs and Border Protection (CBP) since January of 2020. During my time with CBP, I held the positions of officer and certified emergency medical technician. As part of my duties with CBP, I was an integral part in investigations related to violations of federal laws including but not limited to, illegal importation and exportation, contraband smuggling/trafficking, organized criminal, and illicit cross border activity.

3. As a Special Agent with HSI, I have received formal training on the aforementioned investigations at the HSI Special Agent Training Program, held at the Federal Law Enforcement Training Center.

4. During my employment with HSI, I have participated in various investigations which have included distribution, receiving, storage, and transportation of contraband, physical and electronic surveillance, execution of search and arrest warrants, evidence handling, and the arresting of subjects. I am currently assigned to the HSI Fort Pierce, Florida, the Resident Agent in Charge Office, and regularly collaborate with various federal, state, and local law enforcement agencies, which work together in a cooperative relationship to further the investigations of

criminal violations of federal and local laws, including those relating to contraband smuggling offenses.

5. I have nearly nine years of combined service in the U.S. Army and U.S. Army Reserve, serving both as an enlisted Soldier and a commissioned officer. I currently hold the rank of 1st Lieutenant and branched in the Military Intelligence. As an All-Source Intelligence Officer, I am assigned to the U.S. Central Command, Army Reserve Element, Detachment 10, located at MacDill Air Force Base, Tampa, Florida.

6. This affidavit sets forth probable cause to believe Carlos Alberto **REGUEIRA**, committed criminal offenses in violation of federal law, to include conspiracy to commit wire fraud, in violation of Title 18, United States Code, Section 1349; and smuggling, in violation of Title 18, United States Code, Section 545.

7. This affidavit does not include every fact known to me, but rather contains sufficient facts to establish probable cause to support the attached criminal complaint and arrest warrant. The facts herein are based on personal observations as well as information provided to me by other law enforcement officers.

## PROBABLE CAUSE

8. In 2016, **REGUEIRA** formed Minerva Gallery, a family operated reseller of Pre-Columbian artifacts. The term "Pre-Columbia" refers to the period preceding Christopher Columbus' arrival in the Americas. Pre-Columbian artifacts include visual art such as stone carvings and wall murals produced by indigenous peoples of North, Central and South America, and the Caribbean Islands. Pursuant to Title 19, United States Code, Section 2092, Pre-Columbian artifacts entering the United States after October 27, 1972, are subject to seizure unless the consignee can prove the artifacts were not exported in violation of the law. At all

times, federal law makes it illegal to import goods that are not properly declared and are imported with false, forged, or fraudulent invoices or documentation. 18 U.S.C. § 545.

9. Minerva Gallery advertises the sale of Pre-Columbian artifacts on the internet through the websites www.Minerva-Gallery.com and www.LiveAuctioneers.com. Last month, on March 30, 2025, according to the Live Auctioneers website, Minerva Gallery advertised 81 Pre-Columbian artifacts and sold 51 during a live auction event on the Live Auctioneers website. Minerva Gallery does not have a store-front display; however, law enforcement is aware that **REGUEIRA** previously used his residence to receive, store, and distribute advertised Pre-Columbian artifacts.

10. On May 8, 2024, law enforcement executed a federal search warrant at REGUEIRA's residence located at 3824 Westminster Road, in Sebring, Highlands County, Florida, hereinafter "the Westminster Residence." The federal search warrant authorized the search and seizure of Pre-Columbian artifacts and electronic devices stored at the Westminster residence.[1] During the execution of the search warrant, law enforcement seized **REGUIERA**'s cellular phone, electronic devices, and more than 400 figurines believed to be Pre-Colombian artifacts. During law enforcement's execution of the federal search warrant, **REGUIERA** provided an audio-recorded post-*Miranda* statement. During the statement, **REGUEIRA** admitted to selling Pre-Columbian artifacts since 2012. **REGUIERA** further stated that he obtained Pre-Columbian artifacts through online vendors in the United States and replicas from various artisans in South and Central America. **REGUIERA** further admitted to advertising and reselling replica Pre-Columbian artifacts as authentic Pre-Columbian artifacts online.

---

[1] Three (3) federal search warrants were authorized for the search and seizure of property related to REGUEIRA and Minerva Gallery. The residential search warrant was authorized at case number 24-MJ-00045-SMM. The cellphone search warrant was authorized at case number 24-MJ-00044-SMM. A search of REGUEIRA's person was authorized at case number 24-MJ-00043-SMM.

3

11. For months after the federal search warrant was executed, contracted subject matter experts worked to determine the authenticity and origin of the seized figurines. Subject matter experts determined a significant number of the seized figurines were replicas and not authentic Pre-Columbian artifacts. I have compared images of multiple shipments of figurines that were saved on **REGUEIRA**'s cellphone to online images of figurines advertised by Minerva Gallery as authentic Pre-Columbian artifacts. I have also compared the previously stated images to the figurines seized during the execution of the Westminster Residence search warrant. Based on my review of text messages and images saved on **REGUEIRA**'s phone, I have determined that **REGUEIRA** made materially false statements and aided materially false statements sell replicas as authentic Pre-Columbian artifacts.

12. As an example, during the search of **REGUEIRA**'s cellphone I observed saved images and messages related to the sale and shipment of authentic Pre-Columbian artifacts and replicas. For instance, in a chat message with a known reseller of authentic Pre-Columbian artifacts, **REGUEIRA** negotiated the purchase price of Pre-Columbian artifacts and agreed to pay $1,000 upfront, and $4,500 upon delivery of the parcel. The chat reference DHL shipment ending in 4982, and included an image of the various pieces of cultural art. I have reviewed DHL shipment ending in 4982 and the declared total value for the shipment was $175, not **REGUIERA**'s purchase price of $5,500. Moreover, **REGUIERA** stated that he specifically requested DHL shipment ending in 4982 be sent to his wife to avoid law enforcement detection. The investigation has revealed the parcel was received by **REGUEIRA**. For the payment of the parcel, **REGUEIRA** used PayPal, a Peer2Peer financial service for domestic and international payments. At least one item from the parcel was also uploaded and advertised online via www.Minerva-Gallery.com as an authentic pre-Columbian artifact. During his post-*Miranda*

4

statement, **REGUEIRA** specifically discussed this shipment and the posting of the alleged artifact. According to **REGUEIRA**, the item from the parcel that was advertised as authentic was actually a replica. Therefore, **REGUEIRA**'s online claim that he was selling an authentic Pre-Columbian artifact was materially false.

13. In other chats using the encrypted messaging application on his cellphone, **REGUIERA** discussed the use of carbon dating technology, in order to fraudulently represent replica figurines as authentic Pre-Columbian artifacts for sale online.

14. In another chat message that I observed, **REGUEIRA** arranged the purchase and shipment of an authentic Pre-Columbian artifact, which constituted smuggling, in violation of 18 U.S.C. § 545. On December 29, 2023, a parcel entered the United States through Miami International Airport from Jorge Chavez International Airport in Lima, Peru, under air bill ending in 85150(H). The declared value of the shipment was $52.00. The total weight of the item was 0.90 kilograms. The parcel was addressed to **REGUEIRA**, and the delivery address was the Westminster Residence. During the search of **REGUEIRA**'s phone, law enforcement observed chat communication between **REGUERIA** and an individual who law enforcement identified as **REGUEIRA**'s business partner in Peru. In the chat message, **REGUEIRA** requested to purchase "the feline" for $8,000. The business partner sent an image of the shipping label to **REGUEIRA** for shipping confirmation. In December 2023, **REGUEIRA** confirmed the parcel was in the United States. Upon receipt of the parcel, **REGUEIRA** took a photograph of the contents packaged inside of the box and forward the image to his business partner. The business partner responded to the image and stated that the only thing in the photograph that was real was the figurine in the middle. The below image is the photograph that **REGUEIRA** transmitted to his business partner. The figurine in the middle has been identified as a Jaguar.



15. During the execution of the search warrant at the Westminster Residence, law enforcement recovered the same artifact, as evident by the image below:



16. I looked at images of items for sale on www.Minerva-gallery.com and discovered the same Jaguar figurine for sale as an authentic Pre-Columbian artifact for $65,000. The

description of the artifact alleged the item was procured from a private collector in Texas. The description also promised the Jaguar would arrive with a booklet of authentication from CIRAM laboratories. In November 2024, United States Customs and Border Protection intercepted a package shipped from France destined for **REGUEIRA**'s relative in South Florida. The package was examined and determined to be a book certifying the authenticity and determining the Jaguar was a Pre-Columbian artifact from Peru, Huari culture, 500-1200 AD.

17. In December 2024, I visited www.Minerva-gallery.com and conducted a controlled purchase of two (2) advertised Pre-Columbian artifacts. Both items were shipped to me in a single box with an affixed shipping label that listed "Minerva-Gallery 4200 Sebring PKWY, Sebring, FL, 33870," as the shipper and originating address of the shipment. The shipment also contained "provenance letters" for the items and a summary of the purchase document issued on Minerva Gallery's letterhead. The "provenance letters" alleged the following: "Ex. Hannah Gandelman collection acquired through family descent, Hollywood, FL. In the family collection prior to 1970." A subject matter expert examined the items for law enforcement and determined the items were not authentic Pre-Columbian artifacts.

18. In January and March 2025, law enforcement observed **REGUEIRA** transport shipping boxes from his residence located at 2112 Colmer Avenue to Ace Pack & Ship, and from Ace Pack & Ship to his residence at 2111 Colmer Avenue. The boxes appear to be similar size and color of the box that law enforcement received, in the mail, from Minerva Gallery.

19. Furthermore, because Minerva Gallery has currently 81-items set for auction on April 30, 2025, there is reason to believe that **REGUEIRA**, in concert with others, is still using materially false statements to smuggle into the United States authentic Pre-Colombian artifacts and resell replica figurines as Pre-Columbian artifacts in violation of federal law. This affidavit

sets forth probable cause to believe **REGUEIRA** has committed criminal offenses in violation of federal law, with intent to commit wire fraud, in violation of 18 U.S.C § 1349; and smuggling, in violation of 18 U.S.C. § 545.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Respectfully submitted,

**IGOR DEMIDOFF**
Special Agent
Homeland Security Investigations

Subscribed and sworn to before me, by videoconference, in accordance with the requirements of Fed. R. Crim. P. 4.1, on this 25th day of April 2025.

**SHANIEK MILLS MAYNARD**
UNITED STATES MAGISTRATE JUDGE